**Opinion issued September 17, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00159-CV

———————————

**BARRY CHRISTOPHER CONNOR, Appellant**

**V.**

**LYNETTE MARIE CONNOR, Appellee**

On Appeal from the 311th District Court
Harris County, Texas
Trial Court Case No. 2013-68896

## MEMORANDUM OPINION

Appellant, Barry Christopher Connor, has filed a notice of nonsuit, which we construe to be a motion to dismiss, stating appellant no longer desires to prosecute this appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued.

More than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(b), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.